# THE MARGOLIN & WEINREB LAW GROUP, LLP

Attorneys at Law
165 Eileen Way, Suite 101
Syosset, New York 11791

ALAN WEINREB, ESQ.
C. LANCE MARGOLIN, ESQ.
CYNTHIA A. NIERER, ESQ.

21-3838
21-3824
45-6055
law.com

> Application granted. The initial conference scheduled for 11/30/2020 is adjourned to 1/13/2021 at 11:00 a.m. Plaintiff is directed to serve a copy of this Order upon defendants.
>
> SO ORDERED.
>
> _/s/_
>
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> November 25, 2020

*Via ECF*
Hon. Judge Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Windward Bora LLC v. Frusciante, et. al., 7:20-cv-7511-PMH

Dear Judge Halpern,

We represent Plaintiff Windward Bora LLC ("Plaintiff"), in the above-referenced matter. Pursuant to Your Honor's November 2, 2020 Order [Docket No. 12], an Initial Conference is scheduled for Monday, November 30, 2020 at 12:15 PM via telephone. Defendant Robert Scores filed a pro se request for an extension of time to answer the Complaint [Docket No. 13], which Your Honor granted [Docket No. 14] said extension until November 26, 2020. As of today, no answer has been filed. With regard to the other Defendant John Frusciante, we have not yet received the affidavit of service from our process server. We have requested a status update from our process server regarding whether or not Defendant Frusciante has been served and are awaiting a response.

In light of the above, we respectfully request that the Initial Conference be adjourned until early January 2021, at the convenience of the Court.

We thank the Court for its review of our request.

Respectfully,

/s/ Alan H. Weinreb
Alan H. Weinreb, Esq.

cc: Robert M. Scores, *pro se* Defendant