```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WINDWARD BORA LLC,
                        Plaintiff,
v.                                                              ORDER

JOHN FRUSCIANTE, et al.,                                        No. 20-CV-07511 (PMH)

                        Defendants.
-----------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

Counsel for plaintiff and defendant *pro se* Scores appeared today for a telephone conference. Defendant *pro se* Frusciante did not appear.

Plaintiff is directed to either move for a default judgment as to Frusciante in accordance with the Court's Individual Practices (revised November 18, 2021), or make such other appropriate motion as discussed at the conference, by December 17, 2021. With respect to defendant Scores's extant request for a Clerk's Certificate of Default (Doc. 43), Scores shall determine whether he has properly and timely served defendant Frusciante with his cross-claims. By December 17, 2021, if Scores determines that service was proper, he shall do that which is necessary to obtain a Clerk's Certificate of Default and move for a default judgment against Frusciante. If not, by December 17, 2021, he should take such steps as are appropriate so as to effectuate service on Frusciante.

The Clerk of the Court is requested to mail a copy of this Order to *pro se* defendant Scores at the address listed on the docket.

SO ORDERED.

Dated: White Plains, New York
       November 30, 2021

                                                    _____
                                                    Philip M. Halpern
                                                    United States District Judge