```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WINDWARD BORA LLC,
                           Plaintiff,
v.                                                              ORDER

JOHN FRUSCIANTE, et al.,                                        No. 20-CV-07511 (PMH)

                           Defendants.
-----------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

A revised Request for Clerk's Certificate of Default was filed by *pro se* defendant Scores on December 14, 2021 (Doc. 48; Doc. 49) in accordance with the Court's December 9, 2021 Order (Doc. 46). A Clerk's Certificate of Default was issued on December 15, 2021. (Doc. 50).

Accordingly, Scores is directed to move in accordance with the Court's Individual Practices by January 21, 2022 for a default judgment against defendant John Frusciante on Scores's cross-claims. Scores shall set forth in his motion papers, in addition to that which is required by the Court's Individual Practices, why service of process was timely made upon Frusciante under Federal Rule of Civil Procedure 4. *See* Fed. R. Civ. P. 5(a)(2); *Reid v. Dan Yant, Inc.*, No. 15-CV-2358, 2018 WL 8014197, at *2 (E.D.N.Y. Oct. 25, 2018).

Counsel for plaintiff is directed to e-mail a copy of this Order to defendant Scores. The Clerk of the Court is requested to mail a copy of this Order to *pro se* defendant Scores at the address listed on the docket.

SO ORDERED.

Dated: White Plains, New York
       December 16, 2021

                                                    _____
                                                    Philip M. Halpern
                                                    United States District Judge