UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WINDWARD BORA LLC,

                Plaintiff,　　　　　**ORDER**

v.

                                                                     No. 20-CV-07511 (PMH)

JOHN FRUSCIANTE, et al.,

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On January 24, 2022, the Court deemed Plaintiff's proposed order to show cause for default judgment and the papers upon which it was based withdrawn (Doc. 61); and granted defendant Scores leave to file an Amended Answer, Crossclaims, and Counterclaims by February 18, 2022 (Doc. 60). On February 16, 2022, defendant Scores filed an Answer, Crossclaims, and Counterclaims (Doc. 62) and on February 22, 2022, he filed an Amended Answer, Crossclaims, and Counterclaims (Doc. 63).

To date, no answers to defendant Scores' Crossclaims and Counterclaims have been filed. There is also no indication on the docket that defendant Scores has served defendant Frusciante with the Amended Answer, Crossclaims, and Counterclaims.

Accordingly, by March 28, 2022, the parties shall file a letter advising the Court of the status of the action and a proposed plan to move this case forward.

Counsel for plaintiff is directed to e-mail a copy of this Order to defendant Scores. The Clerk of the Court is requested to mail a copy of this Order to *pro se* defendant Scores at the address listed on the docket.

SO ORDERED.

Dated: White Plains, New York
        March 14, 2022

                                                                                       _____
                                                                                       Philip M. Halpern
                                                                                    United States District Judge