```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
WINDWARD BORA LLC,
                        Plaintiff,
v.                                                              ORDER

JOHN FRUSCIANTE, et al.,                                        No. 20-CV-07511 (PMH)
                        Defendants.
---------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

Counsel for plaintiff and defendant *pro se* Scores appeared today for a telephone conference. Defendant *pro se* Frusciante did not appear.

The Court directed plaintiff's counsel to meet and confer with defendant Scores and determine which amended answer (Doc. 62, Doc. 63, or Doc. 65) is the operative version of the pleading. Plaintiff shall file a letter by April 14, 2022 advising the Court of the results of that conference.

Fact discovery is extended to June 30, 2022. A case management conference has been scheduled for July 12, 2022 at 2:30 p.m. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

The Clerk of the Court is requested to mail a copy of this Order to *pro se* defendant Scores at the address listed on the docket.

SO ORDERED.

Dated: White Plains, New York
       April 7, 2022

                                                     _____
                                                     Philip M. Halpern
                                                     United States District Judge