UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WINDWARD BORA LLC,
                    Plaintiff,

v.

JOHN FRUSCIANTE, et al.,

                    Defendants.
-----------------------------------------------------------X

**ORDER**

No. 20-CV-07511 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for plaintiff and defendant *pro se* Scores appeared today for a telephone conference. Defendant *pro se* Frusciante did not appear.

    The Court set the matter down for a non-jury trial to begin on **February 22, 2023 at 9:30 a.m.** The case must therefore be trial ready for that date. All parties and counsel shall appear on that date and time in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601.

    The Court directed the parties to meet and confer and file, in strict accordance with the Court's Individual Practices, the joint pretrial order required under Rule 6(A) by November 4, 2022. By December 5, 2022, the parties shall file Rule 6(B) and 6(C) proposed findings of fact and conclusions of law as a single document: Plaintiff shall prepare the proposed document addressing its claims for relief at issue, serve same on Defendant, and Defendant shall state any opposition thereto by placing the opposing finding of fact or conclusion of law immediately below the fact or conclusion to which there is objection, supported by applicable citation; and Defendant shall set forth any proposed findings of fact and conclusions of law addressing his defenses and/or counterclaims at issue at the end of that document, serve same on Plaintiff, and Plaintiff shall state any opposition thereto by placing the opposing finding of fact or conclusion of law immediately

below the fact or conclusion to which there is objection, supported by applicable citation. By December 5, 2022, the parties shall submit to the Court in accordance with Rule 6(D) the affidavits constituting the direct testimony of each trial witness, as well as the other materials contemplated by the rule.

The Clerk of the Court is requested to mail a copy of this Order to *pro se* defendant Scores at the address listed on the docket.

SO ORDERED.

Dated: White Plains, New York
      September 1, 2022

_____
Philip M. Halpern
United States District Judge