UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WINDWARD BORA LLC,

                        Plaintiff,

v.

                                               **ORDER**

JOHN FRUSCIANTE, et al.,

                                               No. 20-CV-07511 (PMH)

                       Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       On September 1, 2022, following a status conference, the Court scheduled a bench trial in this matter to commence on February 22, 2023 and directed, *inter alia*, the joint pretrial order required by the Court's Individual Practices Rule 6(A) be filed by November 4, 2022. (Doc. 81). The joint pretrial order has not been filed to date, nor have the parties communicated in any way with the Court since the September 1st conference.

       The Court *sua sponte* extends the time to file the joint pretrial order to November 25, 2022. All other deadlines set forth in the Court's September 1st order remain in effect. The parties are cautioned that continued non-compliance with the Court's orders may result in sanctions including the dismissal of Plaintiff's complaint and Defendant's counterclaims.

       The Clerk of the Court is requested to mail a copy of this Order to *pro se* defendant Scores at the address listed on the docket.

SO ORDERED.

Dated: White Plains, New York
          November 17, 2022

                                                                     _____
                                                                     Philip M. Halpern
                                                                     United States District Judge